**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:        V & V Industries, Inc. v. D & S Precision Work, Inc.

Appellate case number:    01-21-00273-CV

Trial court case number:   2016-28854

Trial court:                        61st District Court of Harris County

Appellant, V & V Industries, Inc., filed a motion to abate this appeal. In its motion, appellant states that the parties have reached an agreement to settle their dispute, and requests that the appeal be abated for a period of three months to allow appellant and appellee, D & S Precision Work, Inc., to perform the terms of their settlement. The motion includes a certificate of conference representing that appellee agrees to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

We **grant** the motion. Accordingly, we **abate** the appeal. Within ninety (90) days of the date of this order, the parties are directed to file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the proceedings. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                            ☑ Acting individually     ☐ Acting for the Court

Date: ___September 30, 2021____